Dismissed and
Memorandum Opinion filed April 15, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00747-CV

____________

 

JUBILEE FINANCIAL SOLUTIONS L.P., D/B/A THE CREDIT
CARD SOLUTION, ET AL, Appellants

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 2009-43253

 

 

 



M E M O R
A N D U M  O P I N I O N

            This is an appeal from a judgment signed July 27, 2009.  The
clerk’s record was filed on October 26, 2009.  The reporter’s record was filed January
7, 2010.  No brief was filed.

            On February 18, 2010, this Court issued an order stating that
unless appellants submitted their brief, together with a motion reasonably
explaining why the brief was late, on or before March 22, 2010, the Court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).








Appellants filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Boyce,
Brown, Christopher.